**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARAH DEL MONTE, et al., | CASE NO. 06cv872-L (WMc) |
| Plaintiff, | ORDER |
| vs. | |
| COUNTY OF SAN DIEGO, et al., | |
| Defendant. | |

Plaintiffs have filed a civil rights action pursuant to 42 U.S.C. § 1983. (See Complaint, Docket No. 1.) In accordance with this Court's Order (Docket No. 14) defendants submitted to the Court for *in camera* review the personnel records of defendant Deputy B. Stevens and Sergeant R. Webb.  The Court has reviewed the documents *in camera* and for the reasons set forth below finds none of the documents subject to disclosure.

Under the Federal Rules of Civil Procedure, parties may obtain discovery of material that is (1) "not privileged" and (2) relevant to the subject matter involved in the pending action." F.R.C.P. 26(b)(1).  Moreover, "[t]he information sought need not be admissible at the trial if the information sought appears reasonably calculated to lead to the discovery ov admissible evidence." Id.

A relevant matter is "any matter that bears on, or that reasonably could lead to other matters that could bear on, any issue that is or may be in the case." *Soto v. City of Concord*, 162 F.R.D. 603, 617 (N.D. Cal.1995)(quoting *Oppenheimer Fund, Inc. v. Sanders*, 437 U.S. 340, 351

1  (1978).) Items typically found in personnel files, such as evaluations and records concerning
2  training, conduct and performance, may be relevant on the issues of credibility, notice to the
3  employer, ratification by the employer, motive of the officers and malicious intent. See *Soto v.*
4  *City of Concord*, 162 F.R.D. at 613 (citing *Hampton v. City of San Diego*, 147 F.R.D. 227, 229
5  (S.D.Cal. 1993)).

6       After conducting an *in camera* review of the documents submitted by defendants, the Court
7  finds none of the documents relevant or likely to lead to the discovery of admissible evidence.
8  Therefore, the defendants shall not be required to produce these documents as they do not involve
9  false arrest or improper detention, excessive force, nor could they reasonably lead to other matters
10 at issue in this case.

11      IT IS SO ORDERED.

12 DATED: August 21, 2007

13

14                                      Hon. William McCurine, Jr.
                                     U.S. Magistrate Judge
15                                      United States District Court

16
17 cc: Honorable Thomas Whelan
     U.S. District Court
18 All Counsel and Parties of Record