# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH DEL MONTE, et al., | CASE NO. 06cv872-L (WMc) |
| Plaintiff, | ORDER |
| vs. | |
| COUNTY OF SAN DIEGO, et al., | |
| Defendant. | |

A telephonic Order to Show Cause hearing was held on November 29, 2007. Participating were Joseph Low, Esq.(counsel for plaintiff) and David Brodie, Esq.(counsel for defendant). After hearing from Attorney Low the Court declined to impose sanctions for Attorney Low's failure to comply with the Court's order of November 14, 2007. Additionally, Attorney Low stated that plaintiff's will not pursue claims for emotional distress. Therefore, defendants are not entitled to obtain plaintiffs' psychiatric records or conduct discovery regarding plaintiffs' psychiatric or psychological history.

**IT IS SO ORDERED.**

_DATED:  November 29 2007_

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court